JENNIE ROBERTS, Appellant, *v.* GRAND LODGE OF THE ANCIENT ORDER OF UNITED WORKMEN OF THE STATE OF NEW YORK, Appellant, et al., Respondent.

*Roberts* v. *Cohen,* 60 App. Div. 259, affirmed.
(Submitted November 26, 1902; decided December 16, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1901, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*A. C. Harwick* and *I. B. Ripin* for appellants.

*Jacob W. Kahn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.